UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SHARON QUIGLEY                                :
    Plaintiff,

      v.                                 :                CASE NO. 3:02CV1083(DJS)

THE UNUM LIFE INSURANCE              :
COMPANY OF AMERICA
    Defendant,

JUDGMENT

This action having come on for consideration of the plaintiff's motion for summary judgment before the Honorable Dominic J. Squatrito, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having filed its Memorandum of Decision granting the motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiff as follows:

1. Defendant UNUM Life Insurance Company of America shall pay benefits to Sharon Quigley, in an amount due under the terms of the plan, plus prejudgment interest at the statutory rate, that have accrued from December 19, 2000 through the present date; and

2.  Defendant UNUM Life Insurance Company of America shall reinstate any benefit or status to Sharon Quigley attendant to her being disabled under the terms of the plan as of September 20, 2000.

So ordered at Hartford, Connecticut, this 12th day of October 2004.

KEVIN F. ROWE, Clerk


By _____
        Terri Glynn
        Deputy Clerk