FILED

2004 NOV 19 A 11: 00

US DISTRICT COURT
HARTFORD, CT.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHARON QUIGLEY | : | CIVIL ACTION NO: |
| Plaintiff, | : | 02 CV 1083 (DJS) |
| | : | |
| | : | |
| UNUM LIFE INSURANCE COMPANY | : | |
| OF AMERICA | : | NOVEMBER 18, 2004 |
| Defendant. | : | |

### PLAINTIFF'S BILL OF COSTS

Judgment having been entered in this matter on October 12, 2004, and defendant having filed neither a Notice of Appeal or extension of time to file an appeal, plaintiff submits the following verified Bill of Costs pursuant to Fed. R. Civ. Pro. Rule 54 and 28 U.S.C. § 1920..

| | |
|---|---|
| Filing Fee: | $150.00 |
| Marshall's Fee: | $49.00 |
| 28 U.S.C. § 1923 Fee for Judgment on Motion | $ 5.00 |

Total:             $ 204.00

An affidavit pursuant to 28 U.S.C. § 1924 is attached.

Respectfully submitted.

PLAINTIFF

By: _____
David S. Rintoul (ct# 08456)
BROWN, PAINDIRIS & SCOTT, LLP
2252 Main Street
Glastonbury, CT 06033
(860) 659-0700

### CERTIFICATION

The undersigned hereby certifies that the above motion was served by first class mail, postage pre-paid on November 18, 2004 to:

Alexander Schwartz
3695 Post Road
P.O. Box 701
Southport CT 06890

_____
David S. Rintoul