FILED

2004 NOV 19 A 11:00

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| SHARON QUIGLEY<br>Plaintiff, | : <br> : <br> : | CIVIL ACTION NO:<br>02 CV 1083 (DJS) |
| UNUM LIFE INSURANCE COMPANY<br>OF AMERICA<br>Defendant. | : <br> : <br> : <br> : | NOVEMBER 18, 2004 |

### AFFIDAVIT

COUNTY OF HARTFORD        )
                          )  ss. Glastonbury
STATE OF CONNECTICUT      )

The undersigned, being over the age of eighteen and understanding the obligations of an oath, state the following based on his personal knowledge of the facts contained herein.

1. I am the Attorney for the defendants in the above-captioned litigation.

2. The costs claimed in the attached Bill of Costs are correct and were necessarily incurred in the case, and that these services were actually and necessarily performed.

David S. Rintoul

Subscribed and sworn before
me this November 18, 2004.

Jackie C Bennett
Notary Public / Commissioner of the
Superior Court

JACKIE C. BENNETT
NOTARY PUBLIC
MY COMMISSION EXPIRES 02/30/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

SHARON QUIGLEY
    Plaintiff

V.

THE UNUM LIFE INSURANCE COMPANY OF AMERICA
    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 3 02 CV 1083

TO: (Name and address of Defendant)

    The UNUM Life Insurance Company of America
    c/o Helen M. Kemp, Esquire
    Robinson & Cole
    280 Trumball Street
    Hartford, CT  06103-3597

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    David S. Rintoul, Esquire
    Brown Paindiris & Scott, LLP
    2252 Main Street
    Glastonbury, CT  06033

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE

CLERK _____

(By) DEPUTY CLERK

DATE  June 21, 2002

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: June 25, 2002 |
| NAME OF SERVER (PRINT) Brian F. Zito | TITLE State Marshal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): left with Ann Kowalsky Person-in-Charge, duly authorized to accept service for The UNUM Life Insurance Company of America at Robinson & Cole, 280 Trumbull Street, Hartford, CT

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 5.60 | SERVICES 43.40 | TOTAL 49.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 25, 2002       [signature]
             Date                 Signature of Server

P.O. Box 290001
Wethersfield, CT 06129
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.