UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN QUIGLEY | : | |
| Vs. | : | CASE NO. 3:02CV1083(DJS) |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | : : | |

RULING ON PLAINTIFF'S BILL OF COSTS

Judgment entered for the plaintiff on October 12, 2004, after a ruling entered granting the plaintiff's motion for summary judgment. Plaintiff filed a Bill of Costs on November 19, 2004, and no objection has been filed to date. For the reasons stated below, plaintiff's Bill of Costs is granted in part and denied in part.

A. FILING FEE: Pursuant to Local Rule 54(c)1, fees of the clerk are taxable as costs. Court records reflect that the filing fee in the amount of $150.00 was paid by the plaintiff on June 21, 2002. Therefore, plaintiff's claim for filing fee in the amount of $150.00 is allowed.

B. MARSHAL'S FEE: Process server fees are taxable only to the extend they do not exceed the costs that would have been incurred had the U.S. Marshal effected service, since only the Marshal's fee amount is statutorily authorized, pursuant to U.S. v. Merritt Meridan Construction Corp., 95 F.3d 153 (2d Cir., 1996). Plaintiff has submitted a claim for the service of the summons and complaint in the amount of $49.00, which includes $5.60 for travel and $43.40 for service. Cost on this claim is allowed in the reduced amount of $43.40 as the travel fee is disallowed without prejudice to renewal within ten days for failure to provide points of travel.

C. <u>DOCKET FEE</u>: Plaintiff submitted a claim for docket fees in the amount of $5.00 pursuant to 28 U.S.C. 1923, which is allowed.

D. <u>SUMMARY</u>: For the reasons previously stated, the plaintiff's bill of costs is allowed as follows:

| | |
|---|---|
| FILING FEE | $ 150.00 |
| MARSHAL'S FEE | 43.40 |
| DOCKET FEE | 5.00 |
| TOTAL | $ 198.40 |

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated at Hartford, Connecticut, this 24th day of January, 2005.

KEVIN F. ROWE, CLERK


By:  /s/
     Mary A. Wiggins
     Deputy-in-Charge